B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Greenfield, Timothy | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-1688 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1443 N. Mohawk #1<br>Chicago, IL<br>ZIP Code 60610 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Type of Debtor
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

#### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

#### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                                     Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>   Greenfield, Timothy |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____
          (Name of landlord that obtained judgment)


          _____
          (Address of landlord)

   ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Greenfield, Timothy |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Timothy Greenfield
_____
Signature of Debtor  Timothy Greenfield

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

 December 17, 2010
_____
Date

**Signature of Attorney***

X  /s/ Richard M. Fogel
_____
Signature of Attorney for Debtor(s)

 Richard M. Fogel 3127114
_____
Printed Name of Attorney for Debtor(s)

 Shaw Gussis et al
_____
Firm Name
 321 N. Clark Street
 Suite 800
 Chicago, IL 60654

_____
Address

 312-541-0151  Fax: 312-980-3888
_____
Telephone Number

 December 17, 2010
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

---

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Timothy Greenfield

Debtor(s)

Case No. _____

Chapter      7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Timothy Greenfield
                       Timothy Greenfield

Date:   December 17, 2010

B6D (Official Form 6D) (12/07)

In re ___Timothy Greenfield_____,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>Bank of America<br>PO Box 650070<br>Dallas, TX 75265-0070 | | - | | First mortgage<br><br>Residential real estate<br>8300 Fairmount Drive, #EE102<br>Denver, CO  80247<br><br>Value $            260,000.00 | | | | 198,000.00 | 0.00 |
| Account No.<br><br>Chase<br>PO Box 78036<br>Phoenix, AZ 85062-8035 | | - | | HELOC<br><br>Residential real estate<br>8300 Fairmount Drive, #EE102<br>Denver, CO  80247<br><br>Value $            260,000.00 | | | | 58,000.00 | 0.00 |
| Account No.<br><br>Wells Fargo Dealer Services<br>P.O. Box 25341<br>Santa Ana, CA 92799-5341 | | - | | PMSI<br><br>2010 Jeep Cherokee<br><br>Value $             40,990.00 | | | | 35,990.00 | 0.00 |
| Account No.<br><br> | | | | <br><br>Value $ | | | | | |

___0___ continuation sheets attached

| | Subtotal<br>(Total of this page) | 291,990.00 | 0.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 291,990.00 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re     Timothy Greenfield _____,     Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                              1      continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re    Timothy Greenfield                                    ,    Case No. _____
                              **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Colorado Department of Revenue<br>1375 Sherman St<br>Room 504<br>Denver, CO 80203 | - | | Business creditor. For notice purposes only | | | X | Unknown | Unknown | Unknown |
| Account No.<br><br>IRS<br>Insolvency Section<br>PO Box 21226<br>Philadelphia, PA 19114 | - | | | | | X | Unknown | Unknown | Unknown |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 0.00<br>0.00 | 0.00 |
| Total<br>(Report on Summary of Schedules) | 0.00<br>0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    Timothy Greenfield                                                      , Case No. _____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. <br><br> Aaron Nickamin <br> 306 Cleveland Dr <br> Carbondale, CO 81623 | - | | | | Investor in Mid Valley Chiropractic. Notice purposes only. | | | X | 0.00 |
| Account No. <br><br> Acs/Gco Elf Dep <br> 501 Bleeker St. <br> Utica, NY 13501 | - | | | | Business creditor. Notice purposes only | | | X | 0.00 |
| Account No. <br><br> Adam Gillespie, Esq <br> 100 Elk Run Dr. <br> Suite 3219 <br> Boulder, CO 80321 | - | | | | Business creditor. Notice purposes only | | | X | 0.00 |
| Account No. <br><br> Advance Me <br> 2015 Vaughn Rd. <br> Bldg. 500 <br> Kennesaw, GA 30144 | - | | | | Business creditor. Notice purposes only | | | X | 0.00 |

__31__ continuation sheets attached

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Timothy Greenfield                                    ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Credit card- purchases for WIN Management | | | | |
| Advanta PO Box 5657 Hicksville, NY 11802 | - | | | | | | | 11,700.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Advertising Enterprises PO Box 2911 Aspen, CO 81612 | - | | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Alpine Bank 400 7th Street South Rifle, CO 81650 | - | | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Alpine Bank 711 E. Valley Rd. Suite 101 Basalt, CO 81621 | - | | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Alsco 702 S. 9th St. Grand Junction, CO 81501 | - | | | | | | X | 0.00 |

Sheet no. __1__ of __31__ sheets attached to Schedule of                    Subtotal            11,700.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                                            ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| American Express c/o Beckett & Lee LLP PO Box 3001 Malvern, PA 19355 | | - | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| American Express PO Box 981532 El Paso, TX 79998 | | - | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| American Express PO Box 297879 Fort Lauderdale, FL 33329-7879 | | - | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| American Express PO Box 981537 El Paso, TX 79998-1537 | | - | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| American Express PO Box 981535 El Paso, TX 79998-1535 | | - | | | | | X | 0.00 |

Sheet no. __2__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield    ,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Lease/Business creditor. Notice purposes only | | | | |
| Americorp Financial, LLC 877 S. Adams Rd. Birmingham, MI 48009 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Andrew Lane 201 Tree Farm Dr. Carbondale, CO 81623 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Aspen Chiropractic Associates 1450 E. Valley Rd. Suite 201 Basalt, CO 81621 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Aspen Daily News 517 E. Hopkins Ave. Aspen, CO 81611 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| AT&T Mobility PO Box 246 Artesia, CA 90702-0246 | - | | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __3__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                   , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Balcomb & Green, P.C. Larry Green Esq PO Box 790 Glenwood Springs, CO 81602 | - | | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Bank of America PO Box 17054 Wilmington, DE 19850 | - | | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Bank of America PO Box 15026 Dallas, TX 75285-5026 | - | | | | | | X | 0.00 |
| Account No. | | | | Credit card- purchases primarily for Mid Valley Chiropractic | | | | |
| Bank of America -MBNA PO Box 851001 Dallas, TX 75285 | - | | | | | | | 32,700.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Bank of America Bankruptcy Attn: Bankruptcy NC4-105-02-99 PO Box 26012 Greensboro, NC 27420 | - | | | | | | X | 0.00 |

Sheet no. _4_ of _31_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    32,700.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Bankers Healthcare Group 325 James St Syracuse, NY 13203 | - | | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Becket and Lee PO Box 3001 Malvern, PA 19355 | - | | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| BHR, LLC 5317 Country Rd. 154 Suite 206 Glenwood Springs, CO 81601 | - | | | | | | X | 0.00 |
| Account No. | | | | Investor in Mid Valley Chiropractic. Notice purposes only. | | | | |
| Brandt Feigenbaum PC 132 Midland Ave. Suite 4 Basalt, CO 81621 | - | | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Capital One PO Box 85167 Richmond, VA 23285-5167 | - | | | | | | X | 0.00 |

Sheet no. __5__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield
_____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business creditor. Notice purposes only | | | | |
| Capstone America LLC PO Box 270599 Louisville, CO 80027 | - | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Business creditor. Notice purposes only | | | | |
| Chase 201 N. Central Ave Floor 1 Phoenix, AZ 85004 | - | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Business creditor. Notice purposes only | | | | |
| Chase PO Box 15298 Wilmington, DE 19850-5298 | - | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Credit card- purchases primarily for Mid Valley Chiropractic | | | | |
| Chase -United Card Cardmember Services PO Box 15153 Wilmington, DE 19886-5153 | - | | | | | | |
| | | | | | | | 18,900.00 |
| Account No. | | | Business creditor. Notice purposes only | | | | |
| Chase Auto Finance PO Box 5210 New Hyde Park, NY 11042 | - | | | | | X | |
| | | | | | | | 0.00 |

Sheet no. __6__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    18,900.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Chase Card Member Service PO Box 94014 Palatine, IL 60094-4014 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Christopher J. Cali, Esq 325 James St. Syracuse, NY 13203 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Guarantee of equipment lease to Mid Valley Chiropratic.  Assigned to De Lage Landen - Notice purposes only | | | | |
| Cisco Systems Capital CRP 1111 Old Eagle School Road Wayne, PA 19087 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Guarantee of equipment lease to WIN Management | | | | |
| CIT Technology Fin Service, Inc. One Deerwood 10201 Centurion Pkwy, North Ste 100 Jacksonville, FL 32256 | X | - | | | | | | |
| | | | | | | | | 12,000.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Citibank Mastercard Box  600 The Lakes, NV 89163-6000 | | - | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __7___ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,000.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Cohen & Cohen,  PC PO Box 621940 Littleton, CO 80162 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Colorado Assoc in Medical Physics 1121 Terrance Road Colorado Springs, CO 80904 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Colorado Poolscapes 5308 County Rd. 154 Glenwood Springs, CO 81601 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Comcast Cable 8000 E. Iliff Ave. Denver, CO 80231-5317 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Community Banks of Colorado 1810 Grand Ave. Glenwood Springs, CO 81601 | - | | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __8__ of __31__ sheets attached to Schedule of          Subtotal                  0.00
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re     Timothy Greenfield                                        ,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Compass Bank PO Box 15066 Birmingham, AL 35296 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Cool Radio, LLC 2110 Mt. Werner Rd. Steamboat Springs, CO 80477 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Corporate Turnaround 95 Route 17 South Suite 310 Paramus, NJ 07652 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Investor in Mid Valley Chiropractic. Notice purposes only. | | | | |
| Crystal River Studios, LLC 0123 Village Ln Carbondale, CO 81623 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Darlene Mansback 2857 Paradise Rd Unit 2301 Las Vegas, NV 89109 | - | | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. _9_ of _31_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                    , Case No. _____
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| David Bork PO Box 4300 Basalt, CO 81621 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| **Account No.** | | | | | Investor in Mid Valley Chiropractic. Notice purposes only. | | | | |
| David Schoenberger Hyman Ventures 400 E. Hyman Ave. Aspen, CO 81611 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| **Account No.** | | | | | Business creditor. Notice purposes only | | | | |
| Davis, Graham & Stubbs, LLP 1550 Seventeenth St Suite 500 Denver, CO 80202 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| **Account No.** | | | | | Guarantee of equipment lease to Mid Valley Chiropratic | | | | |
| De Lage Landen Financial Services 1111 Old Eagle School Road Wayne, PA 19087-1453 | - | | | | | | X | | |
| | | | | | | | | | 200,000.00 |
| **Account No.** | | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Debbie Flug 13 Deer Path Carbondale, CO 81623 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |

Sheet no. __10__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

200,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                              ,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>Dewey Fanti<br>PO Box 39<br>Carbondale, CO 81623 | | - | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Dex One<br>9380 Station Street<br>Lone Tree, CO 80124 | | - | | | Business creditor. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Dish Network<br>Dept 0063<br>Palatine, IL 60055-0063 | | - | | | Business creditor. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Doug Weiser<br>555 Katie Park Ln.<br>Snowmass, CO 81654 | | - | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Elam Construction<br>55 Struthers Ave<br>Grand Junction, CO 81501 | | - | | | Business creditor. Notice purposes only | | | X | 0.00 |

Sheet no. __11__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re     Timothy Greenfield _____ ,     Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Emma Danciger<br>1644 Prince Creek Rd.<br>Carbondale, CO 81623 | - | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>ER Solutions<br>PO Box 9004<br>Renton, WA 98057 | - | | | Business creditor. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>FIA Card Services<br>PO Box 15026<br>Wilmington, DE 19850 | - | | | Business creditor. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Financial Pacific Leasing<br>3455 S. 344th Wav. #300<br>Auburn, WA 98001-9546 | - | | | Business creditor. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Fremont Emergency Services<br>3075 E. Imperial Hwy<br>Suite 200<br>Brea, CA 92821 | - | | | Business creditor. Notice purposes only | | | X | 0.00 |

Sheet no. __12__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Garfield and Hecht, P.C. 601 E. Hyman Ave. Aspen, CO 81611 | - | | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| GC Services- Collection Agency Div 6330 Gulfton Houston, TX 77081 | - | | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| GE Healthcare Financial Services 2 Bethesda Metro Center, Suite 600 Bethesda, MD 20814 | - | | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Genesis Commercial Capital 17551 Gillette Ave. Irvine, CA 92614 | - | | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Genova Lab PO Box 140 Elkhorn, WI 53121 | - | | | | | | X | 0.00 |

Sheet no. __13__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                    ,     Case No. _____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>George Sells<br>422 E. Cooper<br>Aspen, CO 81611 | - | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Glenwood Post Independent<br>2014 Grand Ave.<br>Glenwood Springs, CO 81601 | - | | | Business creditor. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Global Financial Healthcare<br>5801 N. Broadway<br>Suite 110<br>Oklahoma City, OK 73118 | - | | | Business creditor. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Gretchen Leary Bishop<br>PO Box 2040<br>Aspen, CO 81612 | - | | | Investor in Mid Valley Chiropractic. Notice purposes only. | | | X | 0.00 |
| Account No.<br><br>Harry Simon, Esq<br>7100 E. Hampden Ave.<br>Denver, CO 80244 | - | | | Attorney for Cisco- Notice purposes only | | | X | 0.00 |

Sheet no. __14__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                   0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                              ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Healthstyles Exercise Equipment LLC 9580 West 11th Ave. Denver, CO 80215 | | - | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| High Country Engineering 1517 Blake Ave Suite 101 Glenwood Springs, CO 81601 | | - | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| HNH Blake LLC 1517 Blake Ave Suite 101 Glenwood Springs, CO 81601 | | - | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| HSBC Polaris PO Box 15521 Wilmington, DE 19805 | | - | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| HSBC Retail Services PO Box 5244 Carol Stream, IL 60197 | | - | | | | | X | 0.00 |

Sheet no. __15__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                                    ,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| HSBC/NV PO Box 98735 Las Vegas, NV 89193-8734 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Ingenix 1755 Telstar Dr. Suite 400 Colorado Springs, CO 80920 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Interstate Logos, LLC 7717 W. 6th Ave Suite H Denver, CO 80215 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Ivan Skoric 505 Lake Court Basalt, CO 81621 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Jackie Skoric 505 Lake Court Basalt, CO 81621 | | - | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __16__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re     Timothy Greenfield                                            ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| **Account No.** | | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Jacqueline Skoric 505 Lake Court Basalt, CO 81621 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| **Account No.** | | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| James A. West, P.C. 6380 Rogerdale Suite 130 Houston, TX 77072-1647 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| **Account No.** | | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Jared Carey, D.C. 175 Goose Ln. Carbondale, CO 81623 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| **Account No.** | | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Jason Slaver, D. C. 1517 Blake Ave. Suite 203 Glenwood Springs, CO 81601 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| **Account No.** | | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Jay Cronk/DJ Aviation 101 River Park Lane Carbondale, CO 81623 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |

Sheet no. __17__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Jeff Shaffer, D.C. 1207 Hooks Spur Ln. Glenwood Springs, CO 81602 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Jennifer Hood PO Box 1086 Glenwood Springs, CO 81602 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Jim Caldwell 16478 HWY 82 Carbondale, CO 81623 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| John Caroline Living Trust PO Box 567 Gilcrest, CO 80623 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Jon Jiles 1460 E. Valley Road Suite 100 Basalt, CO 81621 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |

Sheet no. __18__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Joseph Mann & Creed 20600 Chagrin Blvd. Suite 550 Beachwood, OH 44122-5340 | - | | | | | | X | 0.00 |
| Account No. | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Joshua Goldman PO Box 11526 Aspen, CO 81611 | - | | | | | | X | 0.00 |
| Account No. | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Judith Weber 1040 Ballard Ave Silt, CO 81652 | - | | | | | | X | 0.00 |
| Account No. | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Judy Baum PO Box 386 Janesville, WI 53547 | - | | | | | | X | 0.00 |
| Account No. | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Kirshinda Shaffer 1207 Hooks Spur Lane Basalt, CO 81621 | - | | | | | | X | 0.00 |

Sheet no. __19__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                                                0.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business creditor. Notice purposes only | | | | |
| Laboratory Medicine Consultants Ltd 8085 Rivers Ave Suite 100 Charleston, SC 29406 | - | | | | | | | X | 0.00 |
| Account No. | | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Larry Lefner PO Box 4717 Woody Creek, CO 81656 | - | | | | | | | X | 0.00 |
| Account No. | | | | | Business creditor. Notice purposes only | | | | |
| Law Offices of Richard Green, Esq David B Dr 30150 N. Telegraph Rd, Suite 444 Franklin, MI 48025 | - | | | | | | | X | 0.00 |
| Account No. | | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Libby Pettit, P.T. Roaring Fork Physical Therapy 1450 E. Valley Rd. Suite 203 Basalt, CO 81621 | - | | | | | | | X | 0.00 |
| Account No. | | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Lori Moore 108 Country Club Dr Ashland, KY 41101 | - | | | | | | | X | 0.00 |

Sheet no. __20__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re     Timothy Greenfield                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Lucas Franze PO Box 2623 Aspen, CO 81612 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Lynda Weiser 555 Katie Park Ln. Snowmass, CO 81654 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Business creditor. Notice purposes only | | | | |
| Medical Specialist Co. 7127 S. Alton Way Englewood, CO 80112 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Business creditor. Notice purposes only | | | | |
| Mitchell & Company 2619 Delores Way Carbondale, CO 81623 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Business creditor. Notice purposes only | | | | |
| Mountain Home Cleaners PO Box 3006 Aspen, CO 81612 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |

Sheet no. __21__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Timothy Greenfield                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Names and Numbers PO Box 1479 Pittsburg, KS 66762-1479 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Noone Law Firm 1001 Grand Ave. #207 Glenwood Springs, CO 81601 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Pacific Sheet Metal 0794 Industry Place Carbondale, CO 81623 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Guarantee of equipment lease to WIN Management | | | | |
| Pawnee Leasing Corporation 700 Centre Ave. Fort Collins, CO 80526 | X | - | | | | | | |
| | | | | | | | | 10,000.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Pentech Financial PO Box 790247 Saint Louis, MO 63179-0247 | | - | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __22__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,000.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                          ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Pitney Bowes PO Box 856042 KY 40284-6042 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Plum TV Plum Aspen 501 Dean St. #104 Aspen, CO 81611 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Polaris HSBC Retail PO Box 4144 Carol Stream, IL 60197-4144 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Post Independent 2014 Grand Ave. Glenwood Springs, CO 81601 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Proguard 0074 Sunset Dr. Unit A Basalt, CO 81621 | - | | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __23__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Pure Health Solutions, Inc PO Box 404582 Atlanta, GA 30384-4582 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Qwest PO Box 29040 Phoenix, AZ 85038-9040 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Radiology Specialists, Ltd PO Box 50709 Henderson, NV 89016-0709 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Randall Jensen 30540 Greenfield Rd. Beresford, SD 57004 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| RMS PO Box 280431 77 Hartland St., Suite  401 East Hartford, CT 06128-0431 | - | | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __24__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Timothy Greenfield                                              ,     Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Account No.<br><br>Roaring Fork Club<br>24398 Hwy 82<br>Basalt, CO 81621 | - | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Roaring Fork Physical Therapy, PC<br>1450 E. Valley Rd.<br>Suite 203<br>Basalt, CO 81621 | - | | | Business creditor. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Robert Potamkin<br>1100 Black Burch Dr.<br>Aspen, CO 81611 | - | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Ruth Kruger<br>400 E. Hyman<br>Aspen, CO 81611 | - | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Sandy Haber<br>1209 Mountain Dr.<br>Glenwood Springs, CO 81601 | - | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | X | 0.00 |

Sheet no. __25__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                        ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Scott Strauss 350 Holly St. Denver, CO 80220 | | - | | Investor in Mid Valley Chiropractic. Notice purposes only | | | X | 0.00 |
| Account No.  Senior Comfort Corp 1406 E. Valley Road Suite 100 Basalt, CO 81621 | | - | | Business creditor. Notice purposes only | | | X | 0.00 |
| Account No.  Senior Comfort Group Global Financial Healthcare 5801 N. Broadway, Suite 110 Oklahoma City, OK 73118 | | - | | Business creditor. Notice purposes only | | | X | 0.00 |
| Account No.  Shawn Hunsberger Phoenix Fitness PO Box 2807 Basalt, CO 81621 | | - | | Investor in Mid Valley Chiropractic. Notice purposes only | | | X | 0.00 |
| Account No.  Sheffield Financial PO Box 580229 Charlotte, NC 28258-0229 | | - | | Business creditor. Notice purposes only | | | X | 0.00 |

Sheet no. __26__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Shirt Shop<br>PO Box 98<br>Carbondale, CO 81623 | | - | | Business creditor. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Skybeam<br>320 Gateway Dr.<br>Unit A<br>Berthoud, CO 80513-9190 | | - | | Business creditor. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Stacy Olson Revocable Trust<br>8424 Shea Blvd.<br>Suite 100<br>Scottsdale, AZ 85260 | | - | | Investor in Mid Valley Chiropractic. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Standard Process<br>PO Box 270547<br>Fort Collins, CO 80527 | | - | | Business creditor. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Sterling National Bank<br>42 Broadway<br>3rd Floor<br>New York, NY 10004 | | - | | Business creditor. Notice purposes only | | | X | 0.00 |

Sheet no. __27__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Steven Marcus<br>875 Roaring Fork Rd.<br>Aspen, CO 81611 | - | | Investor in Mid Valley Chiropractic. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Sunrise Hospital & Medical Center<br>3186 Maryland Parkway<br>Las Vegas, NV 89109 | - | | Business creditor. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Susan Manchee<br>PO Box 640<br>Carbondale, CO 81623 | - | | Investor in Mid Valley Chiropractic. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>Tax Masters<br>900 Town & Country Lane<br>Suite 400<br>Houston, TX 77024 | - | | Business creditor. Notice purposes only | | | X | 0.00 |
| Account No.<br><br>The Hartford<br>690 Asylum Ave<br>Hartford, CT 06105-3845 | - | | Business creditor. Notice purposes only | | | X | 0.00 |

Sheet no. __28__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                          ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Business creditor. Notice purposes only | | | | |
| Thomas Gershaft PC 39 Boomerang Rd. Suite 8130 Aspen, CO 81611 | | - | | | | | X | 0.00 |
| **Account No.** | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Tom Hill, Esq. 201 Main St. Suite 801 Carbondale, CO 81623 | | - | | | | | X | 0.00 |
| **Account No.** | | | | Business creditor. Notice purposes only | | | | |
| Top Gun Plumbing and Heating, Inc. PO Box 1197 Glenwood Springs, CO 81601 | | - | | | | | X | 0.00 |
| **Account No.** | | | | Business creditor. Notice purposes only | | | | |
| Traveler's PO Box 3030 Naperville, IL 60566-9718 | | - | | | | | X | 0.00 |
| **Account No.** | | | | Business creditor. Notice purposes only | | | | |
| UMC Collections 4074 Mt. Royal Blvd. Allison Park, PA 15101 | | - | | | | | X | 0.00 |

Sheet no. __29__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re     Timothy Greenfield                                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Unilink PO Box 1150 Post Falls, ID 83877-1150 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| United Collection Bureau Inc. 5620 Southwick Blvd. Suite 206 Toledo, OH 43614 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Verizon Wireless 5175 Emerald Pkwy Dublin, OH 43017 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Wayne Shelton Shelton Properties, LLC 20552 Hwy 82 Basalt, CO 81621 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Wells Fargo 100 W. Washington St. Floor 5 Phoenix, AZ 85003 | - | | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __30__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Timothy Greenfield                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Whitsitt & Gross, P.C. 320 E. Main Street Suite 200 Carbondale, CO 81623 | - | | | | | | X | 0.00 |
| Account No. | | | | Investor in Mid Valley Chiropractic. Notice purposes only | | | | |
| Willa Doolin 4001 Snowmass Creek Rd. Snowmass, CO 81654 | - | | | | | | X | 0.00 |
| Account No. | | | | Business creditor. Notice purposes only | | | | |
| Williams, Turner, Holmes, PC Phillip J Jones, Esq 200 North St., PO Box 338 Grand Junction, CO 81502-0338 | - | | | | | | X | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __31__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 |
| Total (Report on Summary of Schedules) | | 285,300.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Timothy Greenfield                                      Case No. _____

                                    Debtor(s)          Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   46   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  December 17, 2010                    Signature    /s/ Timothy Greenfield

                                                               Timothy Greenfield

                                                               Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   Timothy Greenfield _____

                                           Debtor(s)

Case No. _____

Chapter   7 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 189

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   December 17, 2010 _____

/s/ Timothy Greenfield _____
Timothy Greenfield
Signature of Debtor

Aaron Nickamin
306 Cleveland Dr
Carbondale, CO 81623


Acs/Gco Elf Dep
501 Bleeker St.
Utica, NY 13501


Adam Gillespie, Esq
100 Elk Run Dr.
Suite 3219
Boulder, CO 80321


Advance Me
2015 Vaughn Rd.
Bldg. 500
Kennesaw, GA 30144


Advanta
PO Box 5657
Hicksville, NY 11802


Advertising Enterprises
PO Box 2911
Aspen, CO 81612


Alexia & Maria Tyukov


Alpine Bank
400 7th Street South
Rifle, CO 81650


Alpine Bank
711 E. Valley Rd.
Suite 101
Basalt, CO 81621


Alpine Bank
PO Box 349
Basalt, CO 81621


Alsco
702 S. 9th St.
Grand Junction, CO 81501

Alsco
PO Box 370
Grand Junction, CO 81502


American Express
c/o Beckett & Lee LLP
PO Box 3001
Malvern, PA 19355


American Express
PO Box 981532
El Paso, TX 79998


American Express
PO Box 297879
Fort Lauderdale, FL 33329-7879


American Express
PO Box 981537
El Paso, TX 79998-1537


American Express
PO Box 981535
El Paso, TX 79998-1535


Americorp Financial, LLC
877 S. Adams Rd.
Birmingham, MI 48009


Americorp Financial, LLC
PO Box 633553
Cincinnati, OH 45263-3553


Andrew Lane
201 Tree Farm Dr.
Carbondale, CO 81623


Andrew Lane
19355 Hwy 82
Carbondale, CO 81623


Aspen Chiropractic Associates
1450 E. Valley Rd.
Suite 201
Basalt, CO 81621

Aspen Daily News
517 E. Hopkins Ave.
Aspen, CO 81611


AT&T Mobility
PO Box 246
Artesia, CA 90702-0246


Balcomb & Green, P.C.
Larry Green Esq
PO Box 790
Glenwood Springs, CO 81602


Bank of America
PO Box 650070
Dallas, TX 75265-0070


Bank of America
PO Box 17054
Wilmington, DE 19850


Bank of America
PO Box 15026
Dallas, TX 75285-5026


Bank of America -MBNA
PO Box 851001
Dallas, TX 75285


Bank of America Bankruptcy
Attn: Bankruptcy NC4-105-02-99
PO Box 26012
Greensboro, NC 27420


Bankers Healthcare Group
325 James St
Syracuse, NY 13203


Bankers Healthcare Group, Inc.
4875 Volunteer Rd.
Suite 100
Fort Lauderdale, FL 33330

Bankers Healthecare Group, Inc.
1840 Main St
Suite 102
Fort Lauderdale, FL 33326


Becket and Lee
PO Box 3001
Malvern, PA 19355


BHR, LLC
5317 Country Rd. 154
Suite 206
Glenwood Springs, CO 81601


Brandt Feigenbaum PC
132 Midland Ave.
Suite 4
Basalt, CO 81621


Capital One
PO Box 85167
Richmond, VA 23285-5167


Capital One, N.A.
c/o American Infosource
PO Box 54529
Oklahoma City, OK 73154


Capstone America LLC
PO Box 270599
Louisville, CO 80027


Chase
PO Box 78036
Phoenix, AZ 85062-8035


Chase
201 N. Central Ave
Floor 1
Phoenix, AZ 85004


Chase
PO Box 15298
Wilmington, DE 19850-5298

Chase -United Card
Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153


Chase Auto Finance
PO Box 5210
New Hyde Park, NY 11042


Chase Auto Finance
Attn: Bankruptcy Research Dept
3415 Vision Dr.
Columbus, OH 43219


Chase Card Member Service
PO Box 94014
Palatine, IL 60094-4014


Christopher J. Cali, Esq
325 James St.
Syracuse, NY 13203


Cisco Systems Capital CRP
1111 Old Eagle School Road
Wayne, PA 19087


CIT Technology Fin Service, Inc.
One Deerwood
10201 Centurion Pkwy, North Ste 100
Jacksonville, FL 32256


Cit Technology Fin Service, Inc.
PO Box 550599
Jacksonville, FL 32255-0599


Citibank Mastercard
Box  600
The Lakes, NV 89163-6000


Citibank SD, NA
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Cohen & Cohen,  PC
PO Box 621940
Littleton, CO 80162


Colorado Assoc in Medical Physics
1121 Terrance Road
Colorado Springs, CO 80904


Colorado Department of Revenue
1375 Sherman St
Room 504
Denver, CO 80203


Colorado Poolscapes
5308 County Rd. 154
Glenwood Springs, CO 81601


Comcast Cable
8000 E. Iliff Ave.
Denver, CO 80231-5317


Community Banks of Colorado
1810 Grand Ave.
Glenwood Springs, CO 81601


Compass Bank
PO Box 15066
Birmingham, AL 35296


Cool Radio, LLC
2110 Mt. Werner Rd.
Steamboat Springs, CO 80477


Cool Radio, LLC
PO Box 774050
Steamboat Springs, CO 80477


Corporate Turnaround
95 Route 17 South
Suite 310
Paramus, NJ 07652


Crystal River Studios, LLC
0123 Village Ln
Carbondale, CO 81623

Darlene Mansback
2857 Paradise Rd
Unit 2301
Las Vegas, NV 89109


David Bork
PO Box 4300
Basalt, CO 81621


David Schoenberger
Hyman Ventures
400 E. Hyman Ave.
Aspen, CO 81611


Davis, Graham & Stubbs, LLP
1550 Seventeenth St
Suite 500
Denver, CO 80202


De Lage Landen Financial Services
1111 Old Eagle School Road
Wayne, PA 19087-1453


Debbie Flug
13 Deer Path
Carbondale, CO 81623


Dewey Fanti
PO Box 39
Carbondale, CO 81623


Dex One
9380 Station Street
Lone Tree, CO 80124


Dex One
PO Box 78041
Phoenix, AZ 85062-8041


Dish Network
Dept 0063
Palatine, IL 60055-0063

Doug Weiser
555 Katie Park Ln.
Snowmass, CO 81654


Elam Construction
55 Struthers Ave
Grand Junction, CO 81501


Emma Danciger
1644 Prince Creek Rd.
Carbondale, CO 81623


ER Solutions
PO Box 9004
Renton, WA 98057


FIA Card Services
PO Box 15026
Wilmington, DE 19850


Financial Pacific Leasing
3455 S. 344th Wav. #300
Auburn, WA 98001-9546


Financial Pacific Leasing
PO Box 4568
Federal Way, WA 98063


Fremont Emergency Services
3075 E. Imperial Hwy
Suite 200
Brea, CA 92821


Garfield and Hecht
David McConaughy
420 Seventh St., Suite 100
Glenwood Springs, CO 81601


Garfield and Hecht, P.C.
601 E. Hyman Ave.
Aspen, CO 81611


GC Services- Collection Agency Div
6330 Gulfton
Houston, TX 77081

GE Healthcare Financial
PO Box 414418
Boston, MA 02241-4418


GE Healthcare Financial Services
2 Bethesda Metro Center, Suite 600
Bethesda, MD 20814


Genesis Commercial Capital
17551 Gillette Ave.
Irvine, CA 92614


Genova Lab
PO Box 140
Elkhorn, WI 53121


George Sells
422 E. Cooper
Aspen, CO 81611


Glenwood Post Independent
2014 Grand Ave.
Glenwood Springs, CO 81601


Global Financial Healthcare
5801 N. Broadway
Suite 110
Oklahoma City, OK 73118


Gretchen Leary Bishop
PO Box 2040
Aspen, CO 81612


Harry L. Simon, Esq
7100 East Hampden Ave.
Denver, CO 80224


Harry Simon, Esq
7100 E. Hampden Ave.
Denver, CO 80244


Healthstyles Exercise Equipment
100 Midland Ave
Glenwood Springs, CO 81601

Healthstyles Exercise Equipment LLC
9580 West 11th Ave.
Denver, CO 80215


High Country Engineering
1517 Blake Ave
Suite 101
Glenwood Springs, CO 81601


HNH Blake LLC
1517 Blake Ave
Suite 101
Glenwood Springs, CO 81601


HSBC Polaris
PO Box 15521
Wilmington, DE 19805


HSBC Retail Services
PO Box 5244
Carol Stream, IL 60197


HSBC/NV
PO Box 98735
Las Vegas, NV 89193-8734


Ingenix
1755 Telstar Dr.
Suite 400
Colorado Springs, CO 80920


Interstate Logos, LLC
7717 W. 6th Ave
Suite H
Denver, CO 80215


IRS
Insolvency Section
PO Box 21226
Philadelphia, PA 19114


Ivan Skoric
505 Lake Court
Basalt, CO 81621

Jackie Skoric
505 Lake Court
Basalt, CO 81621


Jacqueline Skoric
505 Lake Court
Basalt, CO 81621


James A. West, P.C.
6380 Rogerdale
Suite 130
Houston, TX 77072-1647


Jared Carey, D.C.
175 Goose Ln.
Carbondale, CO 81623


Jason Slaver, D. C.
1517 Blake Ave.
Suite 203
Glenwood Springs, CO 81601


Jay Cronk/DJ Aviation
101 River Park Lane
Carbondale, CO 81623


Jeff Shaffer, D.C.
1207 Hooks Spur Ln.
Glenwood Springs, CO 81602


Jennifer Hood
PO Box 1086
Glenwood Springs, CO 81602


Jim Caldwell
16478 HWY 82
Carbondale, CO 81623


John Caroline Living Trust
PO Box 567
Gilcrest, CO 80623

Jon Jiles
1460 E. Valley Road
Suite 100
Basalt, CO 81621


Joseph Mann & Creed
20600 Chagrin Blvd.
Suite 550
Beachwood, OH 44122-5340


Joseph Mann & Creed
PO Box 22253
Beachwood, OH 44122-5927


Joshua Goldman
PO Box 11526
Aspen, CO 81611


Judith Weber
1040 Ballard Ave
Silt, CO 81652


Judith Weber
PO Box 39
Carbondale, CO 81623


Judy Baum
PO Box 386
Janesville, WI 53547


Kirshinda Shaffer
1207 Hooks Spur Lane
Basalt, CO 81621


Laboratory Medicine Consultants Ltd
8085 Rivers Ave
Suite 100
Charleston, SC 29406


Larry Lefner
PO Box 4717
Woody Creek, CO 81656

Law Offices of Richard Green, Esq
David B Dr
30150 N. Telegraph Rd, Suite 444
Franklin, MI 48025


Libby Pettit, P.T.
Roaring Fork Physical Therapy
1450 E. Valley Rd. Suite 203
Basalt, CO 81621


Lori Moore
108 Country Club Dr
Ashland, KY 41101


Lucas Franze
PO Box 2623
Aspen, CO 81612


Lynda Weiser
555 Katie Park Ln.
Snowmass, CO 81654


Medical Specialist Co.
7127 S. Alton Way
Englewood, CO 80112


Mitchell & Company
2619 Delores Way
Carbondale, CO 81623


Mountain Home Cleaners
PO Box 3006
Aspen, CO 81612


Names and Numbers
PO Box 1479
Pittsburg, KS 66762-1479


Noone Law Firm
1001 Grand Ave.
#207
Glenwood Springs, CO 81601

Pacific Sheet Metal
0794 Industry Place
Carbondale, CO 81623


Pacific Sheet Metal
PO Box 70
Carbondale, CO 81623


Pawnee Leasing Corporation
700 Centre Ave.
Fort Collins, CO 80526


Pentech Financial
PO Box 790247
Saint Louis, MO 63179-0247


Pitney Bowes
PO Box 856042
KY 40284-6042


Plum TV
Plum Aspen
501 Dean St. #104
Aspen, CO 81611


Polaris HSBC Retail
PO Box 4144
Carol Stream, IL 60197-4144


Post Independent
2014 Grand Ave.
Glenwood Springs, CO 81601


Post Independent
PO Box 1888
Carson City, NV 89702


Proguard
0074 Sunset Dr.
Unit A
Basalt, CO 81621


Proguard
PO Box 3409
Basalt, CO 81621

Pure Health Solutions, Inc
PO Box 404582
Atlanta, GA 30384-4582


Qwest
PO Box 29040
Phoenix, AZ 85038-9040


Radiology Specialists, Ltd
PO Box 50709
Henderson, NV 89016-0709


Randall Jensen
30540 Greenfield Rd.
Beresford, SD 57004


RMS
PO Box 280431
77 Hartland St., Suite 401
East Hartford, CT 06128-0431


Roaring Fork Club
24398 Hwy 82
Basalt, CO 81621


Roaring Fork Club
100 Arbany Rd.
Basalt, CO 81621


Roaring Fork Physical Therapy, PC
1450 E. Valley Rd.
Suite 203
Basalt, CO 81621


Robert Potamkin
1100 Black Burch Dr.
Aspen, CO 81611


Ruth Kruger
400 E. Hyman
Aspen, CO 81611


Sandy Haber
1209 Mountain Dr.
Glenwood Springs, CO 81601

Scott Strauss
350 Holly St.
Denver, CO 80220


Senior Comfort Corp
1406 E. Valley Road
Suite 100
Basalt, CO 81621


Senior Comfort Group
Global Financial Healthcare
5801 N. Broadway, Suite 110
Oklahoma City, OK 73118


Shawn Hunsberger
Phoenix Fitness
PO Box 2807
Basalt, CO 81621


Sheffield Financial
PO Box 580229
Charlotte, NC 28258-0229


Sheffield Financial
PO Box 1704
Clemmons, NC 27012


Shirt Shop
PO Box 98
Carbondale, CO 81623


Skybeam
320 Gateway Dr.
Unit A
Berthoud, CO 80513-9190


Stacy Olson Revocable Trust
8424 Shea Blvd.
Suite 100
Scottsdale, AZ 85260


Standard Process
PO Box 270547
Fort Collins, CO 80527

Sterling National Bank
42 Broadway
3rd Floor
New York, NY 10004


Sterling National Bank-Leasing Dept
PO Box 1570
Church Street Station
New York, NY 10008-1570


Steven Marcus
875 Roaring Fork Rd.
Aspen, CO 81611


Sunrise Hospital & Medical Center
3186 Maryland Parkway
Las Vegas, NV 89109


Susan Manchee
PO Box 640
Carbondale, CO 81623


Tax Masters
900 Town & Country Lane
Suite 400
Houston, TX 77024


The Hartford
690 Asylum Ave
Hartford, CT 06105-3845


Thomas Gershaft PC
39 Boomerang Rd.
Suite 8130
Aspen, CO 81611


Tom Hill, Esq.
201 Main St.
Suite 801
Carbondale, CO 81623


Top Gun Plumbing and Heating, Inc.
PO Box 1197
Glenwood Springs, CO 81601

Traveler's
PO Box 3030
Naperville, IL 60566-9718


UMC Collections
4074 Mt. Royal Blvd.
Allison Park, PA 15101


Unilink
PO Box 1150
Post Falls, ID 83877-1150


United Collection Bureau Inc.
5620 Southwick Blvd.
Suite 206
Toledo, OH 43614


Verizon Wireless
5175 Emerald Pkwy
Dublin, OH 43017


Wayne Shelton
Shelton Properties, LLC
20552 Hwy 82
Basalt, CO 81621


Wells Fargo
100 W. Washington St.
Floor 5
Phoenix, AZ 85003


Wells Fargo
PO Box 29482
Phoenix, AZ 85038


Wells Fargo Dealer Services
P.O. Box 25341
Santa Ana, CA 92799-5341


Whitsitt & Gross, P.C.
320 E. Main Street
Suite 200
Carbondale, CO 81623

Willa Doolin
4001 Snowmass Creek Rd.
Snowmass, CO 81654


Williams, Turner, Holmes, PC
Phillip J Jones, Esq
200 North St., PO Box 338
Grand Junction, CO 81502-0338